UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Tate, et al., | Civil No. 09-cv-02076 MJD/JJG |
| Plaintiffs, | |
| vs. | **NOTIFICATION OF CONVENTIONAL FILING OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PUNITIVE DAMAGES [FILED UNDER SEAL]** |
| Restaurant Technologies, Inc., et al., | |
| Defendants. | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Plaintiffs' Memorandum in Support of Motion for Punitive Damages*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal* (Document number of protective order: Docket No. 20)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).