UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Michael Tate, Joseph Shuster, Lyle Evanson and John Ayers, individually and on behalf of all other individuals similarly situated**,

                Plaintiffs,

v.

**Restaurant Technologies, Inc., Parthenon Capital LLC, Jeffrey R. Kiesel, John C. Rutherford, Jonathan O. Grad, Zachary F. Sadek, Philip A. Clough, and Robert E. Weil,**

                Defendants.

Civil No. 09-2076 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Trust's Motion Requesting Court to Find Claims Were Timely as a Result of "Excusable Neglect" and Allowing Participation in Settlement Fund Distribution of Class Member W. Hall Wendel, Jr. Revocable Trust (Doc. No. 175) is **GRANTED**.

2. The Trust shall be allowed to participate in the distribution of settlement funds

2

and receive its proportionate share of the settlement proceeds in the above-captioned action, and the Claims Administrator and Class Representatives shall ensure immediate distribution of the same.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 12, 2011    s/Michael J. Davis
MICHAEL J. DAVIS
Chief United States District Judge